**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**

EL NAIRAB, LUAI

Petitioner,

v.

DORA CASTRO, Warden, Otero County Processing Center; MARY DE ANDA-YBARRA, Field Office Director, El Paso Field Office, United States Immigration and Customs Enforcement; DAVID J. VENTURELLA, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; and TODD W. BLANCHE, United States Attorney General, in their official capacities,

Respondents.

Civil Action No.: 2:26-cv-2829-KG-JHR

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONDENT'S RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

THIS MATTER comes before the Court on Petitioner's Unopposed Motion for Extension of Time to Reply to Respondent's Response to Petition for Writ of Habeas Corpus. The Court, having reviewed the record and noting Respondent does not oppose the Motion, finds the Motion well-taken and grants the Motion.

IT IS THEREFORE ORDERED that Petitioner Reply or otherwise respond to Respondent's Opposition on or before September 21, 2026.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**APPROVED/SUBMITTED BY**:

*/s/ Victoria Leigh Lucero*

Victoria Leigh Lucero, Esq.
The Law Office of Victoria Lucero, LLC
P.O. Box 26806
Albuquerque, NM 87125
Phone: (505) 343-2009
Cell: (505) 609-8133
Email: abogada@victorialucerolaw.com
ATTORNEY FOR PETITIONER

**APPROVED**:

*/s/ Seth B. Teleky*

Seth B. Teleky
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(505) 224-1400
Seth.Teleky@usdoj.gov
ATTORNEY FOR RESPONDENTS